**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 73.209.139.226**

**ISP:** Comcast Cable Communications Management, LLC
**Physical Location:** Chicago, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/29/2018 00:13:27 | F31B67E712B5B38906F25B7726E241F3BB78FCBA | X Marks The Spot |
| 01/24/2018 12:37:59 | 35E22DBCFE5979BD2F04649001A95609EF80E65A | Your Fantasy Awaits |
| 12/16/2017 10:51:08 | B0BDE8708FC36E831E1D82EE32A0D92D8C45BC23 | Your Luckiest Night |
| 12/14/2017 10:50:27 | 77BD97CB46F8E6B0B9869A8B39F0ECC75CF84573 | Love In Prague |
| 12/03/2017 15:20:53 | 463F73D49530FC53A05A7D4AC405F14CDB3FF5C9 | Watch Me Cum For You |
| 11/26/2017 18:07:07 | 29796B5A62224484FB829BF3B84DDB3E02CE4F71 | Would You Fuck My Girlfriend |
| 11/26/2017 18:05:07 | A85B0BAB61615F11793D30997806B9B736688137 | Into The Lions Mouth |
| 07/28/2017 10:33:11 | 673AA4B478E333C74CF467AD24467FFB206B7019 | Emerald Love |
| 07/12/2017 10:44:40 | 51D55C5CDB6AAE605834867ADBDA19864C677ECA | Summer Lovers |
| 07/01/2017 09:42:49 | 89B1D793636AF77DECDD2D0C433D7419FB328136 | XXX Threeway Games |
| 06/22/2017 10:49:27 | C1992B39AE82163756C2598B4488FBF68D2AA870 | Summer Sex with Sybil |
| 06/02/2017 01:03:15 | E0D044E234EB0BF8A0BC720FFF0AFBB47E14A5AA | An Afternoon Inside Kim |
| 02/04/2017 17:04:48 | 6B90E9FDB4FAB0EA1C4F3A054B5F5179382F4D26 | A Rose A Kiss and A Bang |

**Total Statutory Claims Against Defendant: 13**

EXHIBIT A

NIL853