**Copyrights-In-Suit for IP Address 73.209.139.226**

**ISP:** Comcast Cable Communications Management, LLC
**Location:** Chicago, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| X Marks The Spot | PENDING | 01/26/2018 | 02/01/2018 | 01/29/2018 |
| Your Fantasy Awaits | PENDING | 01/19/2018 | 02/01/2018 | 01/24/2018 |
| Your Luckiest Night | PENDING | 12/15/2017 | 01/03/2018 | 12/16/2017 |
| Love In Prague | PA0002050599 | 06/10/2017 | 08/29/2017 | 12/14/2017 |
| Watch Me Cum For You | PENDING | 12/01/2017 | 12/05/2017 | 12/03/2017 |
| Would You Fuck My Girlfriend | PENDING | 11/10/2017 | 11/28/2017 | 11/26/2017 |
| Into The Lions Mouth | PENDING | 11/25/2017 | 11/28/2017 | 11/26/2017 |
| Emerald Love | PENDING | 07/22/2017 | 08/30/2017 | 07/28/2017 |
| Summer Lovers | PENDING | 07/07/2017 | 08/30/2017 | 07/12/2017 |
| XXX Threeway Games | PENDING | 06/30/2017 | 08/30/2017 | 07/01/2017 |
| Summer Sex with Sybil | PA0002050596 | 06/20/2017 | 08/29/2017 | 06/22/2017 |
| An Afternoon Inside Kim | PA0002050594 | 06/01/2017 | 08/29/2017 | 06/02/2017 |
| A Rose A Kiss and A Bang | PA0002042063 | 01/28/2017 | 03/25/2017 | 02/04/2017 |

**Total Malibu Media, LLC Copyrights Infringed:  13**

EXHIBIT B

NIL853